452 A.2d 1099

Commonwealth v. Dill, Appellant.

Petition for Allowance of Appeal Denied June 8, 1983.

Submitted September 15, 1982. Elkin A. Tolliver, Jr., for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

Affirmed.

452 A.2d 1099

Commonwealth v. Dunscomb, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1983.

Submitted June 17, 1982. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.